UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 14-00051 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KIMBERLIA HARRIS | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the Motion to Suppress, [Doc. No. 53], filed by Defendant Kimberlia Harris, is hereby **DENIED**.

MONROE, LOUISIANA, this 1st day of August, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE