UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-0051-01 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| KIMBERLIA HARRIS | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Kimberlia Harris, and adjudges her guilty of the offense charged in Count One of the indictment against her.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Kimberlia Harris's agreement to forfeit and abandon her interest in the property (including, but not limited to the cash) described in the Indictment.

THUS DONE AND SIGNED in Chambers, this 3rd day of October, 2014, Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE